UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAMES L. JOHNSON,

    Plaintiffs,

vs.                      Case No. 4:08-CV-1924 JCH

MANHEIM CORPORATE SERVICES,
INC. D/B/A MANHEIM ST. LOUIS

AND

JOHN F. SCHAEFER

AND

LTD FORD LINCOLN MERCURY,

    Defendants.

## ORDER AND DEFAULT JUDGMENT

It is hereby Ordered, that a judgment by default is entered against Defendant LTD Ford Lincoln Mercury pursuant to Federal Rule of Civil Procedure 55(b)(2).

It is further Ordered that the damages in the default judgment shall be determined at a later date, either by trial of Plaintiff's claims against remaining Defendants or at a later hearing should Plaintiff's claims against the remaining Defendants be otherwise resolved or disposed.

Dated: 2/2/09

                                                  Judge Jean C. Hamilton
                                                  United States District Judge